UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LANIER THOMPSON,

    Plaintiff,                                                            Case No. 2:15-CV-163

v.                                                                          Hon. Gordon J. Quist

UNKNOWN STENGLEIN, et al.,

    Defendants.

_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Timothy Greeley's April 18, 2017, Report and Recommendation (R & R) recommending that the Court deny Defendant Daniel Stenglein's motion for summary judgment. The R & R was duly served on the parties on April 18, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 18, 2017 (ECF No. 34), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Stenglein's Motion for Summary Judgment (ECF No. 30) is **DENIED**.

Dated: May 16, 2017                                                          /s/ Gordon J. Quist
                                                                         GORDON J. QUIST
                                                            UNITED STATES DISTRICT JUDGE